# IN THE UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CRIMINAL NO.: 1:18-259-KD-MU-1 |
| ) | |
| MARINO CHRISTIAN NAPURI, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA
## AND ADJUDICATION OF GUILT

Pursuant to the United States Magistrate Judge's Report and Recommendation (Doc. 51), and without any objection having been filed by the parties, Defendant Marino Christian Napuri's plea of guilty to Counts One and Two of the Indictment is now accepted and Napuri is adjudged guilty of such offenses.

A sentencing hearing has been scheduled for **Friday, July 26, 2019** at **9:00 a.m.** in Courtroom 4B, 155 St. Joseph Street, Mobile, Alabama 36602 under separate order. (Doc. 50).

**DONE** the 16th day of May 2019.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**CHIEF UNITED STATES DISTRICT JUDGE**